1  LUPE MARTINEZ, CSBN 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  TEL: (408) 971-4249
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5
   Attorney for Defendant
6  Viviana Rodriguez

**FILED**

APR 19 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>VIVIANA RODRIGUEZ,<br><br>                Defendant. | No. CR 10-00931LKH (PSG)<br><br>STIPULATION TO MODIFY<br>CONDITIONS OF RELEASE<br><br>[~~PROPOSED~~] ORDER<br><br>**Honorable Paul S. Grewal**<br>United States Magistrate Judge |

Defendant Viviana Rodriguez and the government through their respective counsel Lupe Martinez and Assistant United States Attorney Daniel Kaleba hereby stipulate that the conditions of release ordered on December 28, 2010 in the above-entitled case may be modified as indicated below.

On April 11, 2011, Pretrial Services Officer Gelareh Farahmand, advised undersigned counsel Lupe Martinez that the Pretrial Services Agency does not oppose the following modifications.

Stipulation and ~~Proposed~~
Order Modifying Release
Conditions

- 1 -

1. The condition that Ms. Rodriguez not consume *any* alcohol may be modified to read that she may not use alcohol to excess.

2. Ms. Rodriguez may travel throughout the State of California, provided that Ms. Rodriguez provides prior notice to the Pretrial Services Agency and contacts the Pretrial Services Agency upon her return to the Northern District of California.

So Stipulated.

Date: April 18, 2011

s/s Lupe Martinez
_____
LUPE MARTINEZ
Attorney for Defendant
Viviana Rodriguez

Date: April 18, 2011

s/s Daniel Kaleba
_____
DANIEL KALEBA
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED.

Dated: April 19, 2011

Paul S. Grewal
_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Stipulation and ~~Proposed~~
Order Modifying Release
Conditions

- 2 -