1  LUPE MARTINEZ, CSBN 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  TEL: (408) 971-4249
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5
   Attorney for Defendant
6  Viviana Rodriguez

7

8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,         )
                                     )  No. CR 10-00931LKH (PSG)
13                   Plaintiff,      )
                                     )  STIPULATION TO
14     v.                            )  [PROPOSED] ORDER
                                     )
15                                   )  **Honorable Lucy H. Koh**
                                     )  United States District Judge
16 VIVIANA RODRIGUEZ,                )
                                     )
17                   Defendant.      )

18
   Defendant Viviana Rodriguez and the government through their respective counsel,
19
   Lupe Martinez and Assistant United States Attorney Daniel Kaleba, hereby stipulate that the
20
   status conference presently set for August 24, 2011 at 10:00 a.m. be continued to September
21
   14, 2011 at 10:00 a.m.
22
       This continuance is necessary because defense counsel Lupe Martinez has a preliminary
23
   hearing set on August 24, 2011 at 9:00 a.m. in the Sonoma County Superior Court, Santa
24
   Rosa, California in the case entitled *People of the State of California v. David Hawker and*
25
   *Judith Hawker, SCR 574887.*
26

Stipulation and ~~Proposed~~ Order to
Continue Status Conference
                          - 1 -

The continuance is also necessary because defense counsel has been involved in a five-month jury trial in the United States District Court in San Francisco since March 2011 to the present time in the case entitled *United States v. Angel Noel Guevara*, CR 08-00730-WHO. Although the court in *Guevara* will be dark during the week of August 22, 2011, the length of the trial has required the continuance of *People v. David and Judith Hawker*, on several occasions and delayed scheduling the preliminary hearing.

The Deputy Courtroom Clerk has advised that the date of September 14, 2011 at 10:00 a.m. is available on the Court's calendar.

The parties stipulate that the time period from August 24, 2011 to September 14, 2011 may be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(iv) which allows for the exclusion of time when the failure to grant a continuance would deny defendant continuity of counsel and reasonable time necessary for effective preparation, even if the case is not so unusual or complex so as to fall within 18 U.S.C. §3161(h)(8)(B)(ii).

So Stipulated.

Date: August 15, 2011                           Date: August 15, 2011

   s/s Lupe Martinez                               s/s Daniel Kaleba
_____         _____
LUPE MARTINEZ                                 DANIEL KALEBA
Attorney for Defendant                        Assistant United States Attorney
Viviana Rodriguez

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status conference presently set for August 24, 2011 is continued to September 14, 2011 at 10:00 a.m. n the above-entitled case.

IT IS FURTHER ORDERED that the time period from August 24, 2011 to September 14, 2011 excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(iv) which allows for the exclusion of time when the failure to grant a continuance would deny defendant

Stipulation and ~~Proposed~~ Order to
Continue Status Conference

- 2 -

1  continuity of counsel and reasonable time necessary for effective preparation, even if the case
2  is not so unusual or complex so as to fall within 18 U.S.C. §3161(h)(8)(B)(ii).
3  SO ORDERED.

4  Dated: August 22, 2011                    _____
5                                             HONORABLE LUCY H. KOH
                                              United States District Judge

Stipulation and ~~Proposed~~ Order to
Continue Status Conference

- 3 -