MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
JEFFREY B. SCHENK(CABN 234355)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov
        jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 10-00931-3 LHK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNITED STATES' MOTION TO** |
| v. | ) | **DISMISS INDICTMENT** |
| | ) | |
| VIVIANA RODRIGUEZ, | ) | |
| Defendant. | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California hereby moves to dismiss the above captioned indictment against defendant Viviana Rodriguez without prejudice.  The government also moves to vacate all pending dates set in the matter.

Dated: November 21, 2011                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        /s/
                                        DANIEL R. KALEBA
                                        JEFFREY B. SCHENK
                                        Assistant United States Attorneys

MOTION TO DISMISS
CR 10-00931-3 LHK

**[~~PROPOSED~~] ORDER**

Upon motion of the government, the court hereby dismisses the indictment without prejudice, and all dates currently set in the matter are hereby VACATED.

Date: 11/21/11

_____
LUCY H. KOH
United States District Judge