LUPE MARTINEZ, CSBN 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
TEL: (408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

Attorney for Defendant
Viviana Rodriguez

**Filed**

APR 23 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>VIVIANA RODRIGUEZ,<br><br>          Defendant. | No. CR 10-00931LKH (HRL)<br><br>STIPULATION TO EXONERATE BOND<br><br>[PROPOSED] ORDER<br><br>**Honorable Lucy H. Koh**<br>United States District Judge |

   Defendant Viviana Rodriguez and the government through their respective counsel, Lupe Martinez and Assistant United States Attorney Daniel Kaleba, hereby stipulate as follows:

   1.   On December 28, 2010, conditions of release were set by the Magistrate Judge Timothy J. Bommer that included a $100,000.00 bond, unsecured, with the signatures of two sureties. Defendant was released on December 28, 2010. (ECF Doc. 6)

Stipulation and Proposed Order to
Continue Status Conference

- 1 -

2. On November 21, 2011, the Court dismissed the indictment against defendant without prejudice. (ECF Doc. 120).

3. It is agreed and stipulated that the bond posted by defendant Viviana Rodriguez be exonerated.

So Stipulated.

Date: April 18, 2012

s/s Lupe Martinez

LUPE MARTINEZ
Attorney for Defendant
Viviana Rodriguez

Date: April 18, 2012

s/s Daniel Kaleba

DANIEL KALEBA
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the bond set on December 28, 2010 in the above-entitled case is hereby exonerated.

SO ORDERED.

Dated: April 22, 2012

LUCY H. KOH
United States District Judge